1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**~~PROPOSED~~ ORDER**

Defendant BAYER CORPORATION, by and through its attorneys of record, having stipulated that it does not oppose the request of plaintiff MERCY IHAMA for leave to file the First Amended Complaint that is attached hereto as Exhibit A, the Court hereby grants plaintiff MERCY IHAMA leave to file the First Amended Complaint that is attached hereto as Exhibit A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2005

_____
HON. WILLIAM ALSUP
United States District Judge

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING FIRST AMENDED COMPLAINT**
-2-