Jerome Schreibstein, SBN 154051
Teresa McLoughlin Rice, SBN 157175
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone:    (415) 398-7860
Facsimile:    (415) 398-7863

Attorneys for Defendant BAYER CORPORATION

Hunter Pyle, SBN 191125
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California 94612
Telephone:    510.663.9240
Facsimile:    510.663.9241

Attorneys for Plaintiff MERCY IHAMA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MERCY IHAMA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BAYER CORPORATION; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.: 3:05-CV-03483 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR MEDIATION<br><br>Honorable William Alsup<br>Trial Date: December 4, 2006 |

Plaintiff Mercy Ihama and Defendant Bayer Corporation, through their respective attorneys, hereby stipulate as follows:

1.    The parties to this matter have met and conferred and agreed to conduct certain limited discovery prior to mediation. This discovery includes certain written discovery (which has already been propounded by both parties) and two depositions. Without this discovery, the parties concur that mediation would not be an efficient use of time or resources. Furthermore, during the pre-mediation conference call, the mediator agreed that a short continuance of time would be beneficial.

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR MEDIATION
(CASE NO. 3:05-CV-03483 WHA) - 1

2. The parties intend to complete the above-referenced written discovery by February 28, 2006 and to complete substantial portions of the anticipated depositions by mid-March. For this reason, they jointly request that the Court grant a forty-five day continuance of the date by which mediation must be completed from February 8, 2006 to March 27, 2006. This will allow the parties sufficient time to make a preliminary assessment of the case and facilitate a more efficient ADR process.

3. The parties agree and understand that by continuing the date by which mediation must be completed, none of the other dates set by the Court in this case will be affected.

**IT IS SO STIPULATED.**

Dated: January 12, 2006            THE LOUDERBACK LAW FIRM


By:_____/S/_____
Teresa McLoughlin Rice
Attorneys for Defendant
BAYER CORPORATION


Dated: January 12, 2006            SUNDEEN, SALINAS & PYLE


By:__/S/_____
Hunter Pyle
Attorneys for Plaintiff
MERCY IHAMA


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

[APPROVED — Judge William H. Alsup, United States District Court, Northern District of California seal]

Dated: _____

_____
WILLIAM ALSUP
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR MEDIATION
(CASE NO. 3:05-CV-03483 WHA) - 2