IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCY IHAMA,

    Plaintiff,

  v.

BAYER CORPORATION and
DOES 1–20, inclusive,

    Defendants.

No. C 05-03483 WHA

**ORDER REQUESTING
STIPULATED DISMISSAL**

According to docket entry number 35, the parties have fully settled this action. This order, therefore, requests that the parties submit a stipulated dismissal of this action by no later than **JULY 27, 2006** so that the Court may close the file.

**IT IS SO ORDERED.**

Dated: July 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE