JEROME SCHREIBSTEIN (SBN 154051)
TERESA MCLOUGHLIN RICE (SBN 157175)
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER CORPORATION

HUNTER PYLE (SBN 191125)
PAMELA KONG (SBN 220912)
SUNDEEN, SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile: (510) 663-9241

Attorneys for Plaintiff
MERCY IHAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY IHAMA,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:05-CV-03483 WHA<br><br>**REQUEST FOR AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Hon. William H. Alsup |

The parties hereby notify this Court that the above-captioned action has been settled to the satisfaction of each of the undersigned parties, in accordance with the terms of the Confidential Settlement Agreement, General Release And Covenant Not To Sue ("Agreement").

////

The parties hereby further notify this Court that Plaintiff Mercy Ihama has executed the Agreement. Counsel for Bayer is awaiting receipt of the fully executed Agreement and settlement check from their client. They anticipate receipt of same within seven (7) days.

Accordingly, the parties respectfully request that the Court extend the deadline by which to file a stipulated dismissal up to and including August 3, 2006.

DATED: July 27, 2006              PAYNE & FEARS LLP


By:   s/Teresa McLoughlin Rice
       JEROME SCHREIBSTEIN
       TERESA MCLOUGHLIN RICE
       Attorneys for Defendant
       BAYER CORPORATION


DATED: July 27, 2006              SUNDEEN, SALINAS & PYLE


By:   s/Hunter Pyle
       HUNTER PYLE
       PAMELA KONG
       Attorneys for Plaintiff
       MERCY IHAMA

**ORDER**

IT IS SO ORDERED.

DATED: ____July 28____, 2006

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN DISTRICT
OF CALIFORNIA

324007.1

2

REQUEST FOR AND [PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO FILE STIPULATED DISMISSAL WITH PREJUDICE                    Case No. 3:05-CV-03483 WHA