```
1   JEROME SCHREIBSTEIN (SBN 154051)
    TERESA MCLOUGHLIN RICE (SBN 157175)
2   PAYNE & FEARS LLP
    Attorneys at Law
3   One Embarcadero Center, Suite 2300
4   San Francisco, California  94111
    Telephone: (415) 398-7860
5   Facsimile: (415) 398-7863

6   Attorneys for Defendant
7   BAYER CORPORATION

8   HUNTER PYLE (SBN 191125)
    PAMELA KONG (SBN 220912)
9   SUNDEEN, SALINAS & PYLE
    1330 Broadway, Suite 1830
10  Oakland, California  94612
11  Telephone: (510) 663-9240
    Facsimile:  (510) 663-9241
12
    Attorneys for Plaintiff
13  MERCY IHAMA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY IHAMA,<br><br>  Plaintiff,<br><br>  v.<br><br>BAYER CORPORATION; and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO. 3:05-CV-03483 WHA<br><br>**REQUEST FOR AND ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Hon. William H. Alsup |

The parties hereby notify this Court that the above-captioned action has been settled to the satisfaction of each of the undersigned parties, in accordance with the terms of the Confidential Settlement Agreement, General Release And Covenant Not To Sue, and that both parties request that the entire action be dismissed with prejudice.

////

In accordance with Federal Rule of Civil Procedure Rule 41(a), the parties hereby submit this Request For And Order Granting Dismissal With Prejudice for the Court's approval and entry. Each party is to bear its own fees and costs.

DATED: August 3, 2006               PAYNE & FEARS LLP


By:   s/Teresa McLoughlin Rice
      JEROME SCHREIBSTEIN
      TERESA MCLOUGHLIN RICE
      Attorneys for Defendant
      BAYER CORPORATION


DATED: August 3, 2006               SUNDEEN, SALINAS & PYLE


By:   s/Hunter Pyle
      HUNTER PYLE
      PAMELA KONG
      Attorneys for Plaintiff
      MERCY IHAMA

**ORDER**

IT IS SO ORDERED.

DATED: August 3, 2006

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN DISTRICT
OF CALIFORNIA

*IT IS SO ORDERED*
*Judge William Alsup*

322775.1

---

2

REQUEST FOR AND ORDER GRANTING DISMISSAL WITH PREJUDICE          Case No. 3:05-CV-03483 WHA